UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Nancy Parra
                              Plaintiff,

v.                                             Case No.: 1:21−cv−02355
                                                    Honorable Manish S. Shah

Testing Kit Sales Corp.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 24, 2022:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's response to the motion to dismiss Count IV is due 2/11/22 and defendant's reply is due 2/25/22. Fact discovery closes on 2/28/22. The parties' discovery progress report remains due 2/4/22 and the parties may request an extension of the fact discovery deadline in the status report. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.